UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICKY THOMAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 15-13187-ADB |
| | * | |
| HAMPDEN COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

For the reasons set forth below, the Court orders that this action be dismissed.

In a Memorandum and Order dated October 26, 2015 [Dkt. No. 8], the Court directed plaintiff Ricky Thomas to file an amended complaint limited to claims not barred by the "favorable termination" requirement of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). The Court informed Thomas that failure to do so within forty-two days would result in dismissal of the action. In an October 29, 2015 electronic order [Dkt. No. 15], the Court denied the plaintiff's request to stay this action pending state court challenges to his intact conviction and directed the plaintiff to file an amended complaint by December 7, 2015. Copies of both orders were sent to Thomas by first-class mail. A copy of the electronic order was also sent to him by certified mail, the return receipt for which indicates that the mail was delivered on October 31, 2015 [Dkt. No. 17].

The deadline for complying with the Court's orders to file an amended complaint has passed without any response from Thomas.

Accordingly, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), the Court orders that this action be dismissed for failure to state a claim upon which relief may be granted.

**SO ORDERED.**

December 18, 2015                              /s/ Allison D. Burroughs
                                               ALLISON D. BURROUGHS
                                               UNITED STATES DISTRICT JUDGE